368 A.2d 1252 (1976)
FIREMAN'S FUND INS. CO.
v.
Lola Jane McALPINE, Admx.
No. 76-195-M.P.
Supreme Court of Rhode Island.
December 20, 1976.
Higgins, Cavanagh & Cooney, John T. Walsh, Jr., Providence, for plaintiff.
Moore, Virgadamo, Boyle & Lynch, Ltd., Francis J. Boyle, Joseph R. Palumbo, Newport, for defendant.

ORDER
This case is consolidated with the cases of Rogers v. Toegemann, R.I., 368 A.2d 1253 and Cacchillo v. Leach Machinery Co., R.I., 368 A.2d 1251.